**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-10320 |
| Plaintiff-Appellee, | D.C. No. 4:22-cr-00037-JGZ-JR-1 |
| v. | |
| HEBER ANDERSON DE LEON-CABRERA, AKA Heber Anderson Deleon, AKA Anderson Heber Deleon-Cabrera, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted September 12, 2023**

Before:     CANBY, CALLAHAN, and OWENS, Circuit Judges.

Heber Anderson de Leon-Cabrera appeals from the district court's judgment

and challenges the 40-month term of imprisonment and 3-year term of supervised

release imposed following his guilty-plea conviction for reentry of a removed

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

De Leon-Cabrera contends that the district court procedurally erred by failing to consider or address his argument that incremental sentencing does not reduce recidivism. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and conclude that there is none. The record reflects that the district court listened to de Leon-Cabrera's argument but was unpersuaded by it. The court explained that the within-Guidelines terms of imprisonment and supervised release were warranted in light of de Leon-Cabrera's significant immigration history and his remaining ties to the United States. This was sufficient. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc); *United States v. Valdavinos-Torres*, 704 F.3d 679, 693 (9th Cir. 2012).

**AFFIRMED.**